

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00058-CV

_____

IN RE: CHAD DUFFER

On Appeal from the 5th Judicial District Court
Bowie County, Texas
Trial Court No. 13C1626-005

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

As part of the appellate record in this matter, original sealed exhibits were transferred to this Court for our use when this appeal was before us. Specifically, original documents marked "Record Exhibit 4/25/14 – Sealed by the Court" were transferred to this Court. It appears to this Court that the proper repository for these exhibits should be the District Clerk's office of Bowie County, Texas. Accordingly, we order the clerk of this Court to transfer the original exhibits filed in this appeal into the keeping of the District Clerk of Bowie County by mailing the exhibits to the district clerk via certified mail, return receipt requested.

We further order the Bowie County District Clerk, Billy Fox, on receipt of said exhibits, to sign and return to this Court the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date:   July 24, 2014

RECEIPT FOR ORIGINAL EXHIBITS

I, Billy Fox, District Clerk of Bowie County, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Appellate District, State of Texas, in the case of In re:  Chad Duffer, appellate cause number 06-14-00058-CV, trial court cause number 13C1626-005:  original documents marked "Record Exhibit 4/25/14 – Sealed by the Court."

_____
Billy Fox
Bowie County District Clerk

Date:  _____